## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> CEQUEL COMMUNICATIONS, LLC d/b/a SUDDENLINK COMMUNICATIONS and CSC HOLDINGS, LLC d/b/a OPTIMUM-CABLEVISION, <br><br> Defendants. | C.A. No. 18-1752-RGA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 6, 2019, Plaintiff Sprint Communications Company L.P. served *Sprint's Identification of Additional ESI Custodian Search Terms* via electronic mail on the attorneys for Defendants Cequel Communications, LLC d/b/a Suddenlink Communications and CSC Holdings, LLC d/b/a Optimum-Cablevision, listed below.

Frederick Cottrell, III
Jason J. Rawnsley
Alexandra M. Ewing
**RICHARDS, LAYTON & FINGER, PA**
One Rodney Square
920 N. King Street, Suite 600
Wilmington, DE 19801
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com

Benjamin Hershkowitz
Katherine Q. Dominguez
Florina Yezril
Sarah L. Segal
**GIBSON DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
bhershkowitz@gibsondunn.com
kdominguez@gibsondunn.com
fyezril@gibsondunn.com
ssegal@gibsondunn.com

Jordan Bekier
**GIBSON DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
jbekier@gibsondunn.com

Brian K. Andrea
**GIBSON DUNN & CRUTCHER LLP**
1050 Connecticut Ave., N.W.
Washington, DC 20036-5306
bandrea@gibsondunn.com

70338306.1

| | |
|---|---|
| | */s/ Christina B. Vavala* |
| *Of Counsel:* | R. Montgomery Donaldson (# 4367) |
| | Christina B. Vavala (# 6135) |
| B. Trent Webb | **POLSINELLI PC** |
| Aaron E. Hankel | 222 Delaware Avenue, Suite 1101 |
| Ryan J Schletzbaum | Wilmington, DE 19801 |
| Ryan D. Dykal | Telephone: (302) 252-0920 |
| Jordan T. Bergsten | Facsimile: (302) 252-0921 |
| Lauren E. Douville | rmdonaldson@polsinelli.com |
| Mark D. Schafer | cvavala@polsinelli.com |
| Samuel J. LaRoque | |
| Maxwell C. McGraw | |
| **SHOOK, HARDY & BACON L.L.P.** | |
| 2555 Grand Boulevard | |
| Kansas City, MO 64108 | |
| Telephone: (816) 474-6550 | |
| bwebb@shb.com | |
| ahankel@shb.com | |
| rschletzbaum@shb.com | |
| rdykal@shb.com | |
| jbersten@shb.com | *Counsel for Plaintiff Sprint* |
| ldouville@shb.com | *Communications Company L.P.* |
| mschafer@shb.com | |
| slaroque@shb.com | |
| mmcgraw@shb.com | |

Robert H. Reckers
Michael W. Gray
**SHOOK, HARDY & BACON L.L.P.**
JP Morgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: (713) 227-8008
rreckers@shb.com
mgray@shb.com

Dated: September 9, 2019

2

70338306.1