# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> CEQUEL COMMUNICATIONS, LLC d/b/a SUDDENLINK COMMUNICATIONS and CSC HOLDINGS, LLC d/b/a OPTIMUM-CABLEVISION, <br><br> Defendants. | C.A. No. 18-1752-RGA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

PURSUANT TO Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Adam K. Mortara, Brian C. Swanson, Tulsi E. Gaonkar, and Sean C. Grimsley to represent Defendants Cequel Communications, LLC d/b/a Suddenlink Communications and CSC Holdings, LLC d/b/a Optimum-Cablevision in the above matter.

/s/ *Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com

*Attorneys for Defendants Cequel Communications, LLC d/b/a Suddenlink Communications and CSC Holdings, LLC d/b/a Optimum-Cablevision*

Dated: June 5, 2020

RLF1 23537699v.1

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED on this ____ day of _____, 2020, that counsel's motion for admission *pro hac vice* of Adam K. Mortara, Brian C. Swanson, Tulsi E. Gaonkar, and Sean C. Grimsley to represent Defendants Cequel Communications, LLC d/b/a Suddenlink Communications and CSC Holdings, LLC d/b/a Optimum-Cablevision in the above matter is GRANTED.

_____
THE HONORABLE RICHARD G. ANDREWS
DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois and the State of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/01/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Adam K. Mortara
BARTLIT BECK LLP
Courthouse Place
54 West Hubbard Street
Chicago, IL 60654
312-494-4400
adam.mortara@bartlitbeck.com

Dated:  June 5, 2020

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/01/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  June 5, 2020

Brian C. Swanson
BARTLIT BECK LLP
Courthouse Place
54 West Hubbard Street
Chicago, IL 60654
312-494-4400
brian.swanson@bartlitbeck.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois and the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/01/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Tulsi E. Gaonkar
BARTLIT BECK LLP
Courthouse Place
54 West Hubbard Street
Chicago, IL 60654
312-494-4400
tulsi.gaonkar@bartlitbeck.com

Dated:  June 5, 2020

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Colorado and the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/01/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Sean C. Grimsley
BARTLIT BECK LLP
1801 Wewatta Street
Suite 1200
Denver, CO 80202
303-592-3100
sean.grimsley@bartlitbeck.com

Dated:  June 5, 2020