IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P, <br><br> Plaintiff, <br><br> v. <br><br> CEQUEL COMMUNICATIONS, LLC D/B/A SUDDENLINK COMMUNICATIONS, CSC HOLDINGS, LLC D/B/A OPTIMUM-CABLEVISION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 18-1752-RGA |

**STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER**

WHEREAS, the plaintiff, Sprint Communications Company, L.P. ("Sprint"), has informed defendants, Cequel Communications, LLC d/b/a Suddenlink Communications and CSC Holdings, LLC d/b/a Optimum, that Sprint intends to move for leave to take additional discovery allegedly relevant to the issue of willfulness;

WHEREAS, the defendants will oppose Sprint's request for additional willfulness discovery;

WHEREAS, the parties' summary judgment briefs are currently due on January 16, 2021;

WHEREAS, defendants presently intend to move for partial summary judgment of no willfulness, and the parties believe it is most efficient to have all disputes regarding willfulness discovery resolved before summary judgment briefing occurs;

WHEREAS, there are approximately four months between the deadline to file dispositive and *Daubert* motions and the pre-trial conference;

WHEREAS, the new deadline to file dispositive and *Daubert* motions will likely not provide the Court sufficient time to resolve these motions under the current trial setting;

WHEREAS, the parties respectfully request the Court to vacate the June 7, 2021 trial date and extend the dispositive motion deadline to March 19, 2021, and schedule a status conference once dispositive motions are fully briefed on April 12, 2021 (or at the Court's earliest convenience thereafter) to assess the case schedule going forward, including rescheduling the trial;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and subject to the Court's approval, that the June 7, 2021 trial date is vacated and the Scheduling Order (D.I. 29 as amended in relevant part, D.I. 158, D.I. 195, D.I. 199, D.I. 206, D.I. 213) shall be amended as follows:

| Event | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Dispositive and *Daubert* Motions | January 16, 2021 | March 19, 2021 |
| Pretrial Conference | May 21, 2021 | vacated |
| Trial | June 7, 2021 | vacated |

POLSINELLI PC

*/s/ Stephen J. Kraftschik*
Stephen J. Kraftschik (#5623)
Christina B. Vavala (#6135)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0924
skraftschik@polsinelli.com
cvavala@polsinelli.com

*Attorneys for Plaintiff*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Jason J. Rawnsley*
Frederick L. Cottrell, III (#2555)
Jason James Rawnsley (#5379)
Alexandra M. Ewing (#6407)
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com

*Attorneys for Defendants*

IT IS SO ORDERED this 4 day of ~~December~~ Jan 2021, ~~2020~~.

_____
UNITED STATES DISTRICT JUDGE