IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P, | ) )  |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 18-1752 (RGA) ) |
| CEQUEL COMMUNICATIONS, LLC D/B/A SUDDENLINK COMMUNICATIONS, CSC HOLDINGS, LLC D/B/A OPTIMUM-CABLEVISION, | ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
FOR ANSWERING AND REPLY BRIEFS ON
<u>SUMMARY JUDGMENT AND DAUBERT MOTIONS</u>**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadlines regarding briefing on Summary Judgment and *Daubert* Motions are extended as shown:

| **Summary Judgment/*Daubert* Motion Briefs** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Answering Briefs | April 2, 2021 | April 16, 2021 |
| Reply Briefs | April 9, 2021 | April 30, 2021 |

POLSINELLI PC

/s/ *Stephen J. Kraftschik*
Stephen J. Kraftschik (#5623)
Christina B. Vavala (#6135)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0924
skraftschik@polsinelli.com
cvavala@polsinelli.com

*Attorneys for Plaintiff*

RICHARDS, LAYTON & FINGER, P.A.

/s/ *Jason James Rawnsley*
Frederick L. Cottrell, III (#2555)
Jason James Rawnsley (#5379)
Alexandra M. Ewing (#6407)
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com

*Attorneys for Defendants*

March 23, 2021

77288676.2

2

SO ORDERED this _____ day of March, 2021.

_____<br>
UNITED STATES DISTRICT JUDGE

77288676.2