# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 18-1752-RGA <br> ) |
| CEQUEL COMMUNICATIONS, LLC D/B/A SUDDENLINK COMMUNICATIONS, CSC HOLDINGS, LLC D/B/A OPTIMUM-CABLEVISION, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
## FOR REPLY BRIEFS ON SUMMARY JUDGMENT AND DAUBERT MOTIONS

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for reply briefing on Summary Judgment and *Daubert* Motions is extended as shown:

| **Summary Judgment/*Daubert* Motion Briefs** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Reply Briefs | April 30, 2021 | May 5, 2021 |

POLSINELLI PC

*/s/ Stephen J. Kraftschik*
Stephen J. Kraftschik (#5623)
Christina B. Vavala (#6135)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0924
skraftschik@polsinelli.com
cvavala@polsinelli.com

*Attorneys for Plaintiff*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
920 N. King Street
Wilmington, DE  19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com

*Attorneys for Defendants*

Dated: April 23, 2021

RLF1 25165813v.1

SO ORDERED this _____ day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE

RLF1 25165813v.1