IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SPRINT  COMMUNICATIONS  COMPANY
L.P.,

Plaintiff;

v.

CEQUEL COMMUNICATIONS, LLC D/B/A
SUDDENLINK  COMMUNICATIONS  AND
CSC  HOLDINGS,  LLC  D/B/A  OPTIMUM-
CABLEVISION,

Defendants.

Civil Action No. 18-1752-RGA

## ORDER

For the reasons stated in the accompanying memorandum opinion, IT IS HEREBY

ORDERED that Defendants' motion (D.I. 247) to exclude evidence from Dr. Mangum is

GRANTED-IN-PART and DENIED-IN-PART.   Defendants' motion is GRANTED with respect

to Dr. Mangum's reliance on prior jury verdicts and settlements and Dr. Wicker's "blocking

patents" opinion.   Defendants' motion is otherwise DENIED.

A Daubert hearing on Dr. Mangum's reasonable royalty apportionment analysis will be

scheduled.

Entered this 4th day of February, 2022.

United States District Judge