IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 18-1752-RGA |
| CSC HOLDINGS, LLC, | : : | |
| Defendant. | : : | |

**ORDER**

The parties advised the morning of the start of trial that a settlement had been reached. The Court advised that jury costs would be assessed equally to each side;

NOW THEREFORE, IT IS HEREBY ORDERED that, on of before **January 11, 2023,** counsel shall submit checks to the Clerk's Office, made payable to U.S. District Court, District of Delaware, in the amount of $1,563.75 for Plaintiff and $1563.75 for Defendant.

12/12/2022
Date

/s/ Richard G. Andrews
United States District Judge